■ In the Matter of the Arbitration between BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF POUGHKEEPSIE, Respondent, and POUGHKEEPSIE PUBLIC SCHOOL TEACHERS ASSOCIATION, INC., Appellant.— In a proceeding to stay arbitration which had been sought by appellant, the appeal is

from an order of the Supreme Court, Dutchess County, entered July 18, 1973, which granted the application. Order affirmed, without costs. The contract having expired, the provision for arbitration was no longer in effect. Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur. [75 Misc 2d 931.]